**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 328 EAL 2020

                         Respondent         :

                                      :  Petition for Allowance of Appeal

                                      :  from the Order of the Superior Court

                v.                 :

                                      :

KEVIN C. EARLE,                     :

                                 :

                    Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.